

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

HELEN M. JACKSON,                        §              No. 08-15-00016-CV

                    Appellant,             §                  Appeal from the

v.                                          §              352nd  District Court

TEXAS WORKFORCE COMMISSION      §              of Tarrant County, Texas
AND AETNA LIFE INSURANCE
COMPANY,                                    §                  (TC# 352-267004-13)

                    Appellee.              §

## O R D E R

The Court GRANTS the Appellant's pro se Reply Brief third motion for extension of time within which to file the brief until **December 2, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Ms. Helen Marie Jackson, the Appellant, prepare the Appellant's reply brief and forward the same to this Court on or before December 2, 2015.

IT IS SO ORDERED this 18th day of November, 2015.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.